**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 9, 2015**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**RONALD MCINTYRE**                                    **CIVIL ACTION**

**versus**                                             **NO: 14-1641-NJB-SS**

**HOUSING AUTHORITY OF NEW ORLEANS**

Prior to the settlement conference, counsel advised the case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
United States Magistrate Judge